# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2019

158124

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JAIR AMON HARRIS,
     Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158124
COA: 343632
Chippewa CC: 17-003293-FH

     By order of October 30, 2018, the application for leave to appeal the June 20, 2018 order of the Court of Appeals was held in abeyance pending the decision in *People v Dixon-Bey* (Docket No. 156746). On order of the Court, leave to appeal having been denied in *Dixon-Bey* on July 29, 2019, 504 Mich ___ (2019), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019



Clerk

p1120